burn and *David A. Mikelonis* for plaintiff-appellee. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Arthur E. D'Hondt* and *Robert J. Taube,* Assistants Attorney General, for defendant-appellant. Reported at 405 Mich 376.

INDIANA & MICHIGAN POWER COMPANY V PUBLIC SERVICE COMMISSION. (Docket No. 59197.) Rehearing denied. *Law Offices of Albert J. Thorburn* for plaintiff-appellee. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Arthur E. D'Hondt* and *Robert J. Taube,* Assistants Attorney General, for defendant-appellant. Reported at 405 Mich 400.

PLACEK V CITY OF STERLING HEIGHTS. (Docket No. 59710.) Rehearing denied. *Lopatin, Miller, Bindes, Freedman & Bluestone* for plaintiffs-appellants. *Coticchio, Zotter & Sullivan* for defendants-appellees. *Foster, Swift, Collins & Coey, P.C.,* for American Insurance Association, Alliance of American Insurers, and National Association of Independent Insurers as amici curiae. Reported at 405 Mich 638.

BRINSON V GENESEE CIRCUIT JUDGE (PEOPLE V BRINSON). (Docket No. 58252.) Rehearing denied. John Brinson, *in propria persona,* plaintiff-appellant. Reported at 403 Mich 676.

MAY 2, 1979

COUNTY ROAD ASSOCIATION OF MICHIGAN V BOARD OF STATE CANVASSERS and MICHIGAN ROAD BUILDERS ASSOCIATION, INC V BOARD OF STATE CANVASSERS. (Docket Nos. 63038, 63039.) The motion for stay filed by the Michigan Road Builders Association, Inc, is denied. A timely application for leave to appeal having been filed, the judgment order entered pursuant to the Court of Appeals opinion of March 30, 1979 has not been issued. *People v George,* 399 Mich 638 (1977). Consequently the stay of proceedings entered by the Court of Appeals on January 12, 1979 remains in effect. *Downs, Pirich & Downs, P.C.,* for plaintiffs-appellants County Road Association of Michigan, et al. *Butzel, Long, Gust, Klein & Van Zile* for plaintiffs-appellants Michigan Road Builders Association, Inc, et al. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Charles D. Hackney,* Assistant Attorney General, for defendant-appellee. *Sinas, Dramis, Brake, Boughton, McIntyre & Reisig, P.C.,* for intervening-defendants-appellees People Against Higher Taxes. Reported below: 89 Mich App 299.

WAYNE COUNTY LIBRARY BOARD V WAYNE COUNTY BOARD OF COM-